# EXHIBIT A



Metron Nutraceuticals, LLC
4600 Euclid Avenue
Suite 401
Cleveland, OH 44103, USA
Tel: (216) 302-2832



Monday, May 24, 2021

**VIA FedEx Courier**

**Susan T. Mayne, PhD**
**Director – Center For Food Safety And Applied Nutrition**
**U.S. Food and Drug Administration**

U.S. Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993-0002
USA

**RE:**      **Zeolite PURE, ZEO Health, LTD., zeohealth.com, Micah**
**Portney, zeolite.com, Barry Cohen**

Dear Dr. Mayne,

I am Dr. Nikolaos Tsirikos-Karapanos, PharmD, MD, PhD, and President of Metron Nutraceuticals, LLC.  Metron Nutraceuticals is FDA Registered (U.S. FDA Registration No.: 11613430980) and inspected by the FDA (Attachment – 1).

We recently became aware of a zeolite dietary supplement with the commercial name **Zeolite PURE** ("PURE") (Attachment – 2) manufactured by **ZEO Health, Ltd.,** ("ZEO Health") (Attachment – 3). **Mr. Micah Portney** ("Mr. Portney") is the owner of ZEO Health, Ltd. PURE is available through various distributors, including **Mr. Barry Cohen** ("Mr. Cohen") via his site zeolite.com (Attachment – 4).

ZEO Health and Mr. Portney are known to your Office (Attachments – 5 and 6) and to the California Department of Justice, Office of the Attorney General (Attachment – 7), for having made health claims for their dietary supplements

1

including claims of *"Cancer Prevention and Treatment"*, and **"Cure Cancer and Autism."**

In its **2015-2016 Biennial Report**, the California Attorney General specifically referred to the **People v. Zeo Health, Ltd.** case and stated that *"This case was filed against Zeo Health, Ltd., its affiliate Regal Supplements LLC, and owner, Micah Portney, for unfair business practices and false advertising, based on the sale of products intended for consumption that are adulterated __with excessively high amounts of lead and arsenic__ and false claims that the products are safe and cure diseases including cancer and autism"* (Attachment – 7, page 54).

Mr. Cohen is known to the Federal Trade Commission ("FTC") for making *Coronavirus treatment or prevention claims* for another ZEO Health manufactured zeolite dietary supplement on Facebook and on his website zeolite.com (Attachment – 8).

PURE was recently purchased from zeolite.com (Lot # 2010254 and Exp. Date 10/2025) and underwent Elemental Impurities analysis at SGS Chemical Solutions Laboratories, Inc. on April 2021. The relevant Analytical Report issued on April 30, 2021 is attached as Attachment – 9.

**The Analytical Report for Elemental Impurities of PURE presents serious concerns about the safety of PURE and that it may be harmful to the consumer.**

In the following the **Table – 1,** the Elemental Impurities results for PURE are presented based on the **USP <2232>** standards and limits for dietary supplements for **daily dose of 1 (one) g**.

| Table - 1 | | | | | |
|---|---|---|---|---|---|
| ZEO HEALTH ZEOLITE PURE - Dietary Supplement Standards - 1 g/day | | | | | |
| # | | Element | Regulatory Standard | | Dose: 1 g/day |
| | | | USP <2232> Limit | | Result (ppm) |
| 1 | As | Arsenic | ≤ 15 | µg/day | 6 |
| 2 | Cd | Cadmium | ≤ 5 | µg/day | < 0.63 |
| 3 | Pb | Lead | ≤ 10 | µg/day | 17 |
| 4 | Hg | Mercury | ≤ 15 | µg/day | < 3.8 |

Based on the Elemental Impurities results for PURE presented in the **Table – 1** above, the concentration of **Lead** exceeds the maximum permitted limit by **70%**.

PURE daily dose is advertised as **5 (five) g** (Attachments – 10 and 11).

In the following **Table – 2** the Elemental Impurities results for PURE are presented based on the **USP <2232>** standards and limits for dietary supplements for a **daily dose of 5 (five) g**.

| Table - 2 | | | |
|---|---|---|---|
| **ZEO HEALTH ZEOLITE PURE - Dietary Supplement Standards - 5 g/day** | | | |
| # | Element | Regulatory Standard | Dose: 5 g/day |
| | | USP <2232> Limit | Result (ppm) |
| 1 | As Arsenic | ≤ 15 µg/day | 30 |
| 2 | Cd Cadmium | ≤ 5 µg/day | 3.15 |
| 3 | Pb Lead | ≤ 10 µg/day | 85 |
| 4 | Hg Mercury | ≤ 15 µg/day | 19 |

Based on the Elemental Impurities results for PURE presented in the **Table – 2** above, the concentrations of three heavy metals exceed the maximum permitted limit as follows:

- **Arsenic** exceeds the maximum permitted limit by: **100%**
- **Lead** exceeds the maximum permitted limit by:     **750%**
- **Mercury** exceeds the maximum permitted limit by: **27%**

At zeolite.com, PURE is advertised (Attachments – 10, 11 and 12) as:

- *"boosting the immune system"*
- *"balancing the pH of the body"*
- *"fighting certain types of health issues"*
- *"The Best After Chemotherapy Detox That Also Strengthens The Immune System"*

3

At the manufacturer site zeohealth.com, PURE is advertised by providing user reviews (Attachment – 13) as:

- HPV thought by doctors to have turned to cancer disappearing after taking PURE
- "Treating an Autoimmune disease in the pancreas"

The **daily *"Detox Dosage"*** for PURE is advertised (Attachments – 10 and 11) as:
*"Take one scoop of Zeolite Pure mixed in water or juice three times a day for 90 days (scoop included)."*

One scoop of PURE is 5 (five) g (Attachments – 10 and 11), thus three scoops is **15 (fifteen) g**.

PURE is advertised by its manufacturer (ZEO Health) and its distributor as having pharmaceutical properties and PURE's **daily *"Detox Dosage"*** is recommended as 15 (fifteen) g/day (Attachments – 10 and 11).

When factoring in the recommended **daily *"Detox Dosage"*** in **Table – 3** below, the Elemental Impurities results for PURE are presented based on the **USP <232>, <233>** standards and limits for pharmaceutical products and for a **daily *"Detox Dosage"* of 15 (fifteen) g**.

4

| Table - 3 | | | | | |
| --- | --- | --- | --- | --- | --- |
| ZEO HEALTH ZEOLITE PURE - Pharmaceutical Standards - 15 g/day | | | | | |
| # | | Element | Regulatory Standard | | Detox Dosage 15 g/d |
| | | | USP <232>,<233> Limit | | Result (ppm) |
| 1 | Sb | Antimony | ≤ 1,200 | µg/day | 2,250 |
| 2 | As | Arsenic | ≤ 15 | µg/day | 90 |
| 3 | Ba | Barium | ≤ 1,400 | µg/day | 5,850 |
| 4 | Cd | Cadmium | ≤ 5 | µg/day | 9.45 |
| 5 | Cr | Chromium | ≤ 11,000 | µg/day | 21,000 |
| 6 | Co | Cobalt | ≤ 50 | µg/day | 94.5 |
| 7 | Cu | Copper | ≤ 3,000 | µg/day | 5,700 |
| 8 | Au | Gold | ≤ 100 | µg/day | 375 |
| 9 | Ir | Iridium | ≤ 100 | µg/day | 195 |
| 10 | Pb | Lead | ≤ 5 | µg/day | 255 |
| 11 | Li | Lithium | ≤ 550 | µg/day | 1,035 |
| 12 | Hg | Mercury | ≤ 30 | µg/day | 57 |
| 13 | Mo | Molybdenum | ≤ 3,000 | µg/day | 5,700 |
| 14 | Ni | Nickel | ≤ 200 | µg/day | 375 |
| 15 | Os | Osmium | ≤ 100 | µg/day | 195 |
| 16 | Pd | Palladium | ≤ 100 | µg/day | 195 |
| 17 | Pt | Platinum | ≤ 100 | µg/day | 195 |
| 18 | Rh | Rhodium | ≤ 100 | µg/day | 195 |
| 19 | Ru | Ruthenium | ≤ 100 | µg/day | 195 |
| 20 | Se | Selenium | ≤ 150 | µg/day | 285 |
| 21 | Ag | Silver | ≤ 150 | µg/day | 285 |
| 22 | Tl | Thallium | ≤ 8 | µg/day | 15 |
| 23 | Sn | Tin | ≤ 6,000 | µg/day | 11,250 |
| 24 | V | Vanadium | ≤ 100 | µg/day | 195 |

Based on the Elemental Impurities results for PURE presented in the **Table – 3** above, **the concentrations of all 24 (twenty-four) heavy metals exceed significantly the maximum permitted limits**.

Additionally, PURE was tested for the Elemental Impurities for 5 (five) metals that are not regulated: Aluminium, Calcium, Magnesium, Potassium and Titanium.

In **Table – 4** below, Additional Elemental Impurities results for PURE are presented for a **daily *"Detox Dosage"* of 15 (fifteen) g**.

| Table - 4 | | | | | |
|---|---|---|---|---|---|
| ZEO HEALTH ZEOLITE PURE - Additional Testing - 15 g/day | | | | | |
| # | Element | | Regulatory Standard | | Dose: 15 g/day |
| | | | N/A | | Result (ppm) |
| 1 | Al | Aluminium | N/A | µg/day | 393,000 |
| 2 | Ca | Calcium | N/A | µg/day | 117,000 |
| 3 | Mg | Magnesium | N/A | µg/day | 31,500 |
| 4 | K | Potassium | N/A | µg/day | 390,000 |
| 5 | Ti | Titanium | N/A | µg/day | 6,900 |

Based on the Elemental Impurities results for PURE presented in **Table – 4** above, the concentration of Aluminium in the recommended by the distributor **daily *"Detox Dosage"* is 393,000 ppm**. Note that the PURE distributor recommends intake of 15 (fifteen) g of PURE **daily for 90 (ninety) days**.

Based on the Elemental Impurities results, the recommended **daily *"Detox Dosage"*** for PURE and the recommended intake for 90 (ninety) days, PURE can potentially be a harmful for the user as at its **daily *"Detox Dosage"*** contains **393,000 ppm** of Aluminium.

FDA has set a limit for Aluminium for bottled water of **0.2 mg/L (or 0.2 ppm)** (Attachment – 15, page 8).

ZEO Health claims that its products *"are specifically formulated using the highest quality zeolite, in order to deliver the most effective health*

***benefits.*** *"* (Attachment – 14). Despite its assurance to consumers that ZEO Health ***"make(s) the strongest effort to produce the purest, highest quality products, in which you*** [the consumer] ***can have confidence"***, the aforementioned Elemental Impurities Analytical Report for PURE unfortunately speaks loudly to the opposite.

Thank you for your review of this matter and protections you provide in investigating products that may potentially be harmful to the public.

Best Regards,
Dr. Nikolaos Tsirikos-Karapanos

**Nikolaos Tsirikos-Karapanos**
**PharmD, MD, PhD, FETCS**
**President**
**Metron Nutraceuticals**

cc:     Micah Portney via FedEx
        Barry Cohen via FedEx

Attachments:

1.  Metron Nutraceuticals, LLC FDA Inspection Classification
2.  Manufacturer site zeohealth.com screenshot
3.  Manufacturer site zeohealth.com screenshot
4.  Distributor site zeolite.com screenshot
5.  FDA Letter to Micah Portney, November 1, 2004
6.  FDA Warning Letter to ZEO Health Ltd., June 29, 2007
7.  California Department of Justice, Office of Attorney General, Biennial Report Major Activities in 2015-2016
8.  FTC Warning Letter to Barry Cohen, April 20, 2020
9.  SGS Chemical Solutions Laboratories, Analytical Report, April 30, 2021
10. Distributor site zeolite.com screenshot
11. Distributor site zeolite.com screenshot
12. Distributor site zeolite.com screenshot
13. Manufacturer site zeohealth.com screenshot
14. Manufacturer site zeohealth.com screenshot
15. ATSDR – CDC Public Health Statement – Aluminum (September 2008)



**Attachment - 1**

U.S. Department of Health and Human Services

# FDA U.S. FOOD & DRUG ADMINISTRATION

A to Z Index | Follow FDA | En Español

Search FDA

| ≡ | Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products |



Home > Inspection Classification Search Home

# Results: Inspection Classification Database Search

f SHARE | ▼ TWEET | in LINKEDIN | ⦿ PIN IT | ✉ EMAIL | 🖨 PRINT

Search Again | Modify Search | Excel

More Information on Search Form Fields

Number of Records Displayed: 2
Number of Records Found: 2



|◁ ◁◁ **1** ▷▷ ▷|

| District | Firm Name | City | State | Zip Code | Country / Area | Inspection End Date | Center | Project Area | Classification |
|----------|-----------|------|-------|----------|----------------|---------------------|--------|--------------|----------------|
| CIN | Metron Nutraceuticals, LLC | Cleveland | OH | 44103 | US | 09/15/17 | CFSAN | Food Composition, Standards, Labeling and Econ | NAI |
| CIN | Metron Nutraceuticals, LLC | Cleveland | OH | 44103 | US | 09/15/17 | CFSAN | Foodborne Biological Hazards | NAI |



|◁ ◁◁ **1** ▷▷ ▷|

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English



FDA    Accessibility    Careers    FDA Basics    FOIA    No FEAR Act    Site Map    Nondiscrimination    Website Policies

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
1-888-INFO-FDA (1-888-463-6332)
Contact FDA

Q FDA Archive
⧉ Combination Products
👥 Advisory Committees
🔧 Regulatory Information
ⓘ Safety

⚠ Emergency Preparedness
◷ International Programs
📅 News & Events
📚 Training & Continuing Education
☑ Inspections & Compliance

🏴 Federal, State & Local Officials
👤 Consumers
➕ Health Professionals
👤 Science & Research
⚙ Industry

**Attachment - 2**



ZEO

HOME    OUR PRODUCTS ˅    ABOUT ZEOLITE ˅    ABOUT US    ACCOUNTS ˅    CONTACT

Home / Products / Zeolite powder with included ...

### Zeolite powder with included measuring scoop

**$59.99**                                          ★★★★★ (10 Reviews)

BUY MORE AND SAVE MORE!

- **Buy 1 container $59.99 each**
- **Buy 2 containers $56.99 each**
- **Buy 3 containers $53.99 each (+ FREE shipping)**
- **Buy 4+ containers $50.99 each (+ FREE shipping)**

Order Frequency

One-time $59.99

Quantity

1

ADD TO CART

SKU: ZEOLITE-PURE                              Add to wishlist

Share

| Product | Product Reviews |

### Zeolite powder with included measuring scoop

**ZEOLITE PURE** is the amazing all-natural mineral Zeolite that has been proven to absorb the toxins, free radicals, and heavy metals from your body, as well as boosting the immune system without side effects. This mineral will balance the body's pH. Foreign cells cannot grow in a balanced pH environment.

This mineral has been shown in independent studies to be effective in fighting certain types of health issues. This is the form of Zeolite proven effective in scientific studies.

For those not wanting to take capsules, ZEOLITE PURE is pure powdered Zeolite in an economical container.

**Features:**
- **The most economical Zeolite detox on the market.**
- **Approx 80 servings per container.**
- **Very finely micronized Zeolite**

**Attachment - 3**



HOME   OUR PRODUCTS ⌄   ABOUT ZEOLITE ⌄   ABOUT US   ACCOUNTS ⌄   CONTACT

# The Original
# Zeolite Manufacturer



*Excellence in Zeolite Supplementation for over 15 Years*

### Welcome to ZEO Health Ltd.

The original manufacturer of Zeolite Health Supplements in the USA. Zeolite is a special, natural mineral, which has the unique ability to absorb and cleanse the body of harmful toxins and heavy metals. All of our Zeolite based supplements are made from the purest Zeolite possible, and work to balance pH levels and promote a healthy body.

**OUR PRODUCTS**

‹           ›

Attachment - 4

**☏** 888-578-7324   **✉** support@zeolite.com

# Zeolite

Home | The History Of Zeolite.com | Products ⌄ | Zeolite Reviews | Zeolite Benefits | Zeolite Blog | Contact Us

## Why The Best Heavy Metal Detox Product Is 100% Natural Micronized Zeolite Pure

by Barry Cohen | Sep 3, 2020 | Zeolite Detox | 0 comments



### Heavy Metal Contamination Begins Early In Life

Throughout our lives we have been and are still being bombarded with toxic heavy metals that are contaminating and accumulating in our bodies throughout our entire lives!

Babies are being contaminated with a mercury product disguised and called Thimerosal also called Thimerosal when they are shot full of vaccines! The extremely common (Measles, Mumps And Rubella) MMR Vaccine given to babies is loaded with Thimerosal and many people have no idea about the possible negative effects that these heavy metal exposures are having on babies and young children's physical and mental development.





### Zeolite Pure®

Zeolite Pure is the highest quality micronized medical grade clinoptilolite zeolite available for absorbing and removing heavy metals, toxins and free radicals from your body while boosting the immune system and balancing the pH in the body without side effects!

**BUY NOW**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

_____

Food and Drug Administration
College Park, MD 20740

NOV - 1 2004

Mr. Micah S. Portney
President
ZEO Health Ltd.                                          **Attachment - 5**
29 Sunset View Drive
West Nyack, New York 10994

Dear Mr. Portney:

This is in response to your letter of October 4, 2004. Your letter responded to our
September 29, 2004 concerning claims being made your product Esdifan ™. These claims
were the subject of a notification to FDA under 21 U.S.C. 343(r)(6) and 21 CFR 101.93.

In our September 29, 2004, we stated that the claims "Stops diarrhea," "Relieves
diarrhea," and "Prevents diarrhea" suggested that the product is intended to treat, prevent,
or mitigate a disease, namely diseases for which diarrhea is a characteristic sign or
symptom, and that the product that was the subject of the claims, Esdifan ™, appeared to
be subject to regulation under the drug provisions of the Federal Food, Drug, and
Cosmetic Act (the Act).

In your letter, you assert that diarrhea "is a symptom of another cause" such as "specific
diseases, such as Irritable bowel Disease or Crohn's Disease, from bacterial or viral
infection, or a symptom or side effect of taking a drug or antibiotic." For this reason, you
ask FDA to reconsider the position set forth in our September 29, 2004 letter that diarrhea
is a disease which subjects your product to regulation under the drug provisions of the Act
and affirm to you that the diarrhea claims that were the subject of your notification are
within the scope of claims that may be made in the labeling of dietary supplements
pursuant to 21 U.S.C. 343(r)(6) (section 403(r)(6) of the Act).

We disagree with your assertion that diarrhea is not a disease as that term is defined in 21
CFR 101.93(g)(1). For purposes of 21 U.S.C. 343(r)(6), a "disease" is defined as
"damage to an organ, part, structure, or system of the body such that it does not function
properly (e.g. cardiovascular disease) , or a state of health leading to such dysfunctioning
(e.g., hypertension)." See 21 CFR 101.93(g)(1). The regulation also states that "FDA will
find that a statement about a product claims to diagnose, mitigate, treat, cure, or prevent
disease…if it meets one or more of the criteria listed below…." The regulation also states
that FDA will consider the context in which the claim is made and that a claim may be a disease
claim if it is a claim that the product "has an effect on the characteristic signs or symptoms
of a specific disease or class of diseases, using scientific or lay terminology" (21 CFR

975.0163

LET 791

Page 2 - Mr. Micah S. Portney

101.93(g)(2)(ii)) or "treats, prevents, or mitigates adverse events associated with a therapy for a disease, if the adverse event constitute diseases" (21 CFR 101.93(g)(2)(ix).

You state that diarrhea is a "symptom of another cause" which may be specific diseases such as Irritable Bowel Disease or Crohn's Disease, infectious diseases, or a consequence of drug or antibiotic therapy. Diarrhea is unambiguously a consequence of damage to a system (the gastrointestinal system) such that it does not function properly, the dysfunction being evidence by the diarrhea[1]. That it is a characteristic sign or symptom of various diseases places it squarely within the scope of the definition of "disease" in 21 CFR 101.93(g). We continue to believe that the position set forth in our September 29, 2004 letter is correct and that claims that a product is intended for use to diagnose, mitigate, treat, cure, or prevent diarrhea cause the product to be subject to regulation as a drug.

You also state in your letter that an FDA employee verbally stated that claims about a product's affect on diarrhea would be appropriate structure or function claims because diarrhea is a symptom and not a disease. We regret any confusion that may have been caused by the information you received concerning your proposed claims. However, it is important to recognize that whether a particular statement is or is not a disease claim depends on the context in which the statement is made. Statements about conditions, including symptoms, that may result from many causes, both disease and non-disease, may be able to be made in dietary supplement labeling under 21 U.S.C. 343(r)(6) if the claim makes clear that the product is only intended to affect the non-disease condition or symptom. In that your claim does not include such qualifying context, it remains a disease claim.

Please contact us if we may be of further assistance.

Sincerely yours,

*for Robert Moore*

Susan J. Walker, M.D.
Director
Division of Dietary Supplement Programs
Office of Nutritional Products, Labeling
   and Dietary Supplements
Center for Food Safety
   and Applied Nutrition

---

[1] "An abnormally frequent discharge of semisolid or fluid fecal matter from the bowel" Stedman's Medical Dictionary, 26th edition.

Page 3 - Mr. Micah S. Portney

Copies:
FDA, Center for Drug Evaluation and Research, Office of Compliance, HFD-310
FDA, Office of the Associate Commissioner for Regulatory Affairs, Office of
Enforcement, HFC-200
FDA, New York District Office, Office of Compliance, HFR-NE140

 **ZEO Health Ltd.**

October 4, 2004

*OCT 1 8 2004*

Office of Nutritional Products, Labeling &
Dietary Supplements, I-IFS 810
Center for Food Safety and Applied Nutrition
Food and Drug Administration
5 100 Paint Branch Parkway
College Park, MD 20740

Re:      *Label Claims/Disclaimers*

To Whom It May Concern:

This letter is in response to your letter, dated September 29, 2004, responding to our 30 day
notification for labeling claims.

According to every medical dictionary, diarrhea is a symptom of another cause. The cause can be
due to specific diseases, such as Irritable Bowel Disease or Crohn's Disease, from bacterial or
viral infection, or a symptom or side effect of taking a drug or antibiotic.

We contacted your office and received a verbal response from Angela Pope on 4/21/2004 stating
that your office, and that of the FDA, takes the position that diarrhea is a symptom and not a
disease and therefore can be used in structure function claims. An associated legal firm also called
Ms. Pope for confirmation on 4/22/2004, inquiring with the same question about the position the
FDA takes on the definition of diarrhea for labeling, and received the same answer that diarrhea is
a symptom of a disease and not a disease in and of itself.

29 Sunset View Drive
West Nyack, New York 10994
(845) 353-5185

89892



# ZEO Health Ltd.

We have included in this letter, for your further consideration, a copy taken from the website of *OCT 1 8 2004* the FDA, clearly stating and listing diarrhea as *symptom* of other causes, and not a disease. We respectfully request that you reconsider your position as stated in the September 29, 2004 letter in light of this additional, supporting documentation. We are hopeful that the outcome of this reconsideration is consistent with the prior confirmations we were given.

Thank you in advance for your continued cooperation. We are eager and willing to continue to comply with the guidelines as set by the FDA.

If you have any questions or need further information, please feel free to contact me.

ZEO Health, Ltd.

By:

Name: Micah S. Portney

Title : President

29 Sunset View Drive
West Nyack, New York 10994
(845) 353-5185

**Attachment - 6**

# FDA Warning Letter to Zeo Health Ltd.

June 29, 2007

 Department of Health and Human Services

Public Health Service
Food and Drug Administration

College Park, Maryland 20740

JUN 29, 2007

### WARNING LETTER
### CFSAN-OC-07-01

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

ZEO Health Ltd.
29 Sunset View Drive
West Nyack, New York 10994

Dear Sir or Madam:

This is to advise you that the Food and Drug Administration (FDA) has reviewed your web site at the Internet address http://www.zeohealth.com and has determined that the products Esdifan, Destroxin, and Zeo are promoted for conditions that cause the products to be drugs under section 201(g)(1) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. §321(g)(1)]. The therapeutic claims on your web site establish that the products are drugs because they are intended for use in the cure, mitigation, treatment, or prevention of disease. The marketing of these products with these claims violates the Act.

Examples of some of the claims observed on your web site include:

**DESTROXIN**

"Destroxin – Cancer Prevention and Treatment"

"The scientific community has recently had very positive results on the effect of Zeolite on certain types of cancers. In tests on a variety of tumor types, the treatment with Zeolite led to improvement of overall health status, prolongation of life span, and a decrease in tumor size. Also, in local applications of Zeolite to skin cancer, it reduced tumor formation and growth."

"For prevention: As a nutritional supplement, take 2 capsules twice daily. As part of Cancer therapy: As a dietary supplement, take 6 capsules three times daily."

**ESDIFAN**

"Stops Diarrhea Fast and Naturally."

"Esdifan is the most effective relief for diarrhea and bad stomach. Better than any drug on the market...."

"Irritable bowel, Crohns and others that suffer with chronic diarrhea rave about how well Esdifan really works!"

ZEO

"ZEO – The Hangover Preventive"

"When you drink alcohol, the body tries to break down the toxins.... These toxins are not fully broken down and cause damage to your organs. The side effects of this damage, we call a `hangover' such as headache and nausea, as well as other ill effects that we can't see (liver damage). ZEO absorbs the toxins from the alcohol before they are processed into your organs."

The above claims about individual products are supplemented by claims on your homepage about your products in general and by metatags you use to bring consumers to your website. Examples of the metatags include "cancer prevention," "toxin removal," and "Natural supplements that... are proven to inhibit cancerous tumor growth, and will even prevent hangovers.... Effective diarrhea cure." Claims about disease prevention and treatment on your homepage include:

"We have products that remove toxins from your body, stop diarrhea... and even one that is proven to prevent hangovers if taken before drinking alcohol. The mineral used in our products has been shown in studies to be beneficial in treating cancer."

Your products are not generally recognized as safe and effective for the above referenced conditions and therefore, the products are also "new drugs" under section 201(p) of the Act [21 U.S.C. § 321 (p)]. New drugs may not be legally marketed in the U.S. without prior approval from FDA as described in section 505(a) of the Act [21 U.S.C. § 355(a)]. FDA approves a new drug on the basis of scientific data submitted by a drug sponsor to demonstrate that the drug is safe and effective.

In addition, we note that your website states the following: "This form of Zeolite is approved by the FDA as completely safe...." We have cited several examples in this letter to demonstrate that you are not in compliance with FDA requirements. Further, FDA has not reviewed the safety of Zeolite, nor its interactions with other substances. Therefore, the use of this statement to promote your products is false or misleading in that it implies FDA approval or sanction of your product and its purported uses. The false and misleading information misbrands your Zeolite products under section 403(a)(1) of the Act [21 U.S.C. § 343(a)(1)].

The above violations are not meant to be an all-inclusive list of deficiencies in your products and their labeling. It is your responsibility to ensure that products marketed by your firm comply with the Act and its implementing regulations.

The Act authorizes the seizure of illegal products and injunctions against manufacturers and distributors of those products. You should take prompt action to correct these deviations and prevent their future recurrence. Failure to do so may result in enforcement action without further notice.

Please notify this office, in writing, within fifteen (15) working days of the receipt of this letter, as to the specific steps you have taken to correct the violations noted above and to assure that similar violations do not occur. Include any documentation necessary to show that correction has been achieved. If corrective actions cannot be completed within fifteen working days, state the reason for the delay and the time within which the corrections will be completed.

Your response should be directed to Kristen L. Moe, Compliance Officer, Food and Drug Administration, Center for Food Safety and Applied Nutrition, Division of Enforcement (HFS-608), 5100 Paint Branch Parkway, College Park, Maryland 20740-3835.

Sincerely,

/S/

Joseph R. Baca
Director
Office of Compliance
Center for Food Safety
And Applied Nutrition

**Attachment - 7**

California Department of Justice
Office of the Attorney General

# Biennial Report
## Major Activities in 2015-2016



**Kamala D. Harris**
**Attorney General**

***Pakootas v. Teck Cominco Metals, Ltd.*** On behalf of the Department of Toxic Substances Control, the Attorney General's Office filed an amicus brief in the Ninth Circuit, addressing a critical legal question interpreting the federal "Superfund" law (CERCLA). The case presents the issue on whether ground deposition of hazardous substances released into the air and then deposited on the ground constitutes "an arrangement for disposal" for the purposes of requiring the responsible party to pay for the cost of cleanup under CERCLA. The court has taken the case under submission.

***Defense of Proposition 65 Chemical Listing Decisions.*** Over the past several years, the chemical industry has aggressively challenged many of the chemicals identified as causing cancer or reproductive toxicity pursuant to Proposition 65 and listed by the Office of Environmental Health Hazard Assessment (OEHHA). Once a chemical is listed, businesses must provide warnings prior to exposing people to the chemical. The Attorney General's Office has successfully defended OEHHA decisions and obtained trial court rulings upholding the listings in three cases involving the reproductive toxicants bisphenol A (BPA) and atrazine, and the carcinogen, diisononyl phthalate (DINP).

***People v. Zeo Health, Ltd.*** This case was filed against Zeo Health, Ltd., its affiliate Regal Supplements LLC, and owner, Micah Portney, for unfair business practices and false advertising, based on the sale of products intended for consumption that are adulterated with excessively high amounts of lead and arsenic and false claims that the products are safe and cure diseases including cancer and autism.

***People v. Mondelēz.*** The Attorney General's Office, a group of district attorneys, and a non-profit private enforcer brought suit against Mondelēz International because its Nabisco Ginger Snap Cookies contained high levels of lead (110 to 160 parts per billion) and did not provide a consumer warning, in violation of Proposition 65. In March 2016, a settlement was reached requiring Mondelēz to pay a civil penalty of $568,750, locate a cleaner source of molasses (which was causing the high lead levels), and implement measures to reduce the lead levels in the cookies to 30 parts per billion.

### Indian and Gaming Law

The Indian and Gaming Law Section provides legal representation and advice regarding Indian law and gambling to the following entities:

- Governor's Office
- DOJ's Bureau of Gambling Control
- California Gambling Control Commission
- California Horse Racing Board
- State Lottery Commission
- Other offices and state agencies

**Attachment - 8**



United States of America
FEDERAL TRADE COMMISSION
Washington, D.C. 20580

Richard A. Quaresima
Acting Associate Director
Division of Advertising Practices

April 20, 2020

### WARNING LETTER

*VIA EMAIL TO info@zeolite.com*
Barry Cohen
2574 SE Burton St.
Port St. Lucie, FL 34952

Re: Unsubstantiated claims for Coronavirus treatment or prevention

To Mr. Cohen:

This is to advise you that FTC staff has reviewed your website at https://zeolite.com on April 13, 2020. We also reviewed your social media website at https://www.facebook.com/removeheavymetals/, where you direct consumers to your website https://zeolite.com, where they can purchase health products. We have determined that you are unlawfully advertising that certain products treat or prevent Coronavirus Disease 2019 (COVID-19).

An example of a Coronavirus treatment or prevention claim on your social media website at https://www.facebook.com/removeheavymetals/ includes:

- "Now is absolutely the time to prepare yourself and your family to be and stay healthy for [sic] the extremely contagious COVID-19 Coronavirus by boosting your immune systems while protecting yourselves for [sic] the virus! Its [sic] a smart idea to start taking Zeolite AV while also stocking up on more so you have it when you need it! This is because Zeolite AV removes the built up toxic heavy metals from your body to allow your bodies [sic] immune system to quickly grow and gain strength while also having the unique ability of preventing the reproduction of virus cells by coating both the host cell and the virus-cell with natural humic acid to help prevent virus cells from reproducing to [] make you sick! Possibly very sick if you catch the dangerous and very cont[agious] COVID-19 Coronavirus!" [Facebook post dated March 21, 2020]

Mr. Barry Cohen
April 20, 2020
Page 2

It is unlawful under the FTC Act, 15 U.S.C. § 41 *et seq.*, to advertise that a product can prevent, treat, or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made. For COVID-19, no such study is currently known to exist for the product identified above. Thus, any coronavirus-related prevention or treatment claims regarding such product are not supported by competent and reliable scientific evidence. You must immediately cease making all such claims.

You are also advised to review all other claims for your products and immediately cease making claims that are not supported by competent and reliable scientific evidence.

Within 48 hours, please send a message to Richard Cleland, Assistant Director via electronic mail at rcleland@ftc.gov describing the specific actions you have taken to address the FTC's concerns. If you have any questions regarding compliance with the FTC Act, please contact Richard Cleland at 202-326-3088.

Very truly yours,

RICHARD
QUARESIMA
Digitally signed by RICHARD
QUARESIMA
Date: 2020.04.20 09:50:48 -04'00'

Richard A. Quaresima
Acting Associate Director
Division of Advertising Practices



**CHEMICAL SOLUTIONS LABORATORIES, INC.**

**Attachment - 9**

# Analytical Report
### April 30, 2021

Dr. Nikolaos Tsirikos-Karapanos
Metron Nutraceuticals, LLC
4600 Euclid Avenue
Suite 401
Cleveland, OH 44103

Page 1 of 3
WO Number:          W21D0271

| Client: | Metron Nutraceuticals | Customer PO: | |
|---|---|---|---|
| Client #: | M3876 | Date Received: | 4/9/2021 |
| Sample Type: | Powder | Date Completed: | 04/29/2021 |
| Collector: | Client | Discard Date: | 05/13/2021 |

**CSL#: 21D0700    Zeolite Pure - Lot#: 2010254 – Exp: 10/2025**

| Parameter | Result | PQL | Method | Date | Instrument | Analyst |
|---|---|---|---|---|---|---|
| Aluminum | 26,200 ppm | 10 | USP <730> | 04/16/21 | 9000-2 | RBP |
| Antimony* | <150 ppm | 150 | USP <233> | 04/15/21 | 350X | KMS |
| Arsenic* | 6.0 ppm | 1.9 | USP <233> | 04/15/21 | 350X | KMS |
| Barium* | 390 ppm | 180 | USP <233> | 04/15/21 | 350X | KMS |
| Cadmium* | <0.63 ppm | 0.63 | USP <233> | 04/15/21 | 350X | KMS |
| Calcium* | 7,800 ppm | 90 | USP <730> | 04/14/21 | 350X | KMS |
| Chromium* | <1,400 ppm | 1,400 | USP <233> | 04/15/21 | 350X | KMS |
| Cobalt* | <6.3 ppm | 6.3 | USP <233> | 04/15/21 | 350X | KMS |
| Copper* | <380 ppm | 380 | USP <233> | 04/15/21 | 350X | KMS |
| Gold | <25 ppm | 25 | USP <233> | 04/14/21 | 9000-2 | HG |
| Iridium | <13 ppm | 13 | USP <233> | 04/14/21 | 9000-2 | HG |
| Lead* | 17 ppm | 0.63 | USP <233> | 04/28/21 | 300D | KMS |
| Lithium* | <69 ppm | 69 | USP <233> | 04/15/21 | 350X | KMS |
| Magnesium* | 2,100 ppm | 5.0 | USP <730> | 04/14/21 | 350X | KMS |
| Mercury | <3.8 ppm | 3.8 | USP <233> | 04/14/21 | 9000-2 | HG |
| Molybdenum* | <380 ppm | 380 | USP <233> | 04/15/21 | 350X | KMS |
| Nickel* | <25 ppm | 25 | USP <233> | 04/15/21 | 350X | KMS |
| Osmium | <13 ppm | 13 | USP <233> | 04/13/21 | 300D | KMS |
| Palladium | <13 ppm | 13 | USP <233> | 04/14/21 | 9000-2 | HG |
| Platinum | <13 ppm | 13 | USP <233> | 04/14/21 | 9000-2 | HG |
| Potassium* | 26,000 ppm | 5.0 | USP <730> | 04/14/21 | 350X | KMS |
| Rhodium | <13 ppm | 13 | USP <233> | 04/14/21 | 9000-2 | HG |
| Ruthenium | <13 ppm | 13 | USP <233> | 04/14/21 | 9000-2 | HG |
| Selenium* | <19 ppm | 19 | USP <233> | 04/15/21 | 350X | KMS |
| Silver | <19 ppm | 19 | USP <233> | 04/14/21 | 9000-2 | HG |
| Thallium* | <1.0 ppm | 1.0 | USP <233> | 04/15/21 | 350X | KMS |
| Tin* | <750 ppm | 750 | USP <233> | 04/15/21 | 350X | KMS |
| Titanium | 460 ppm | 1.0 | USP <730> | 04/15/21 | 9000-2 | JTP |
| Vanadium* | <13 ppm | 13 | USP <233> | 04/15/21 | 350X | KMS |

## SGS

**CHEMICAL SOLUTIONS
LABORATORIES, INC.**

# Analytical Report
### April 30, 2021

Dr. Nikolaos Tsirikos-Karapanos
Metron Nutraceuticals, LLC
4600 Euclid Avenue
Suite 401
Cleveland, OH 44103

Page 2 of 3
WO Number:          W21D0271

| Client: | Metron Nutraceuticals | Customer PO: | |
|---|---|---|---|
| Client #: | M3876 | Date Received: | 4/9/2021 |
| Sample Type: | Powder | Date Completed: | 04/29/2021 |
| Collector: | Client | Discard Date: | 05/13/2021 |

**CSL#: 21D0700**

| Parameter | Result | Serving Size | Unit Weight | Specification |
|---|---|---|---|---|
| Aluminum | 26,200 ppm | 1 g | NA | NA |
| Antimony | <150 ppm | 1 g | NA | NA |
| Arsenic | 6.0 ppm | 1 g | NA | NA |
| Barium | 390 ppm | 1 g | NA | NA |
| Cadmium | <0.63 ppm | 1 g | NA | NA |
| Calcium | 7,800 ppm | 1 g | NA | NA |
| Chromium | <1,400 ppm | 1 g | NA | NA |
| Cobalt | <6.3 ppm | 1 g | NA | NA |
| Copper | <380 ppm | 1 g | NA | NA |
| Gold | <25 ppm | 1 g | NA | NA |
| Iridium | <13 ppm | 1 g | NA | NA |
| Lead | 17 ppm | 1 g | NA | NA |
| Lithium | <69 ppm | 1 g | NA | NA |
| Magnesium | 2,100 ppm | 1 g | NA | NA |
| Mercury | <3.8 ppm | 1 g | NA | NA |
| Molybdenum | <380 ppm | 1 g | NA | NA |
| Nickel | <25 ppm | 1 g | NA | NA |
| Osmium | <13 ppm | 1 g | NA | NA |
| Palladium | <13 ppm | 1 g | NA | NA |
| Platinum | <13 ppm | 1 g | NA | NA |
| Potassium | 26,000 ppm | 1 g | NA | NA |
| Rhodium | <13 ppm | 1 g | NA | NA |
| Ruthenium | <13 ppm | 1 g | NA | NA |
| Selenium | <19 ppm | 1 g | NA | NA |
| Silver | <19 ppm | 1 g | NA | NA |
| Thallium | <1.0 ppm | 1 g | NA | NA |
| Tin | <750 ppm | 1 g | NA | NA |
| Titanium | 460 ppm | 1 g | NA | NA |
| Vanadium | <13 ppm | 1 g | NA | NA |

**SGS**

**CHEMICAL SOLUTIONS
LABORATORIES, INC.**

# Analytical Report
### April 30, 2021

Dr. Nikolaos Tsirikos-Karapanos
Metron Nutraceuticals, LLC
4600 Euclid Avenue
Suite 401
Cleveland, OH 44103

Page 3 of 3
WO Number:                    W21D0271

| | | |
|---|---|---|
| Client: | Metron Nutraceuticals | |
| Client #: | M3876 | |
| Sample Type: | Powder | |
| Collector: | Client | |

Customer PO:
Date Received:            4/9/2021
Date Completed:        04/29/2021
Discard Date:            05/13/2021

Reviewed and Approved,
SGS Chemical Solutions Laboratories, Inc.

DocuSigned by:

*Devyn Pulliam*

AF8434AEAFED49A
Quality Assurance

Notes:
CONFIDENTIAL REPORT. This report is confidential and is for the sole use of the addressee.
This report can only be reproduced in full.
The units for the PQL are the same as those shown for the result.

**Attachment - 10**

📞 888-578-7324   ✉️ support@zeolite.com

# Zeolite

Home  |  The History Of Zeolite.com  |  Products ⌄  |  Zeolite Reviews  |  Zeolite Benefits  |  Zeolite Blog  |  Contact Us

## Zeolite Pure



### Zeolite Pure®

Zeolite Pure is the highest quality micronized medical grade 100 percent pure clinoptilolite zeolite available for absorbing and removing heavy metals including aluminum, mercury also known as Thimerosal (from vaccines), mercury due to dental amalgams, other toxins and free radicals from your body while boosting the immune system and balancing the pH in the body without side effects!

FACT–Foreign cells that can cause disease do not survive or grow well in a body that has a pH-balanced environment!

This (Our) purest form of clinoptilolite zeolite has shown in published studies to be the most effective form of zeolite in fighting certain types of health issues.

All ingredients in Zeolite Pure listed by the FDA are generally recognized as being safe.

Zeolite Pure micronized powder is tasteless; non gritty and easy to mix in water, juice or smoothies to consume it if desired it can be added into the food that you eat. It's great mixed in gravy, pudding or applesauce for children!

Zeolite Pure is far less expensive to purchase and you're BEST VALUE because it does not have the expense of manufacturing it into capsules, multiple bottles and packaging. You get a lot more for your money!

Detox Dosage: Take one scoop of Zeolite Pure mixed in water or juice three times a day for 90 days (scoop included)

## Supplement

Serving size One (1) Scoop
Servings per container 88

| | Amount Per Serving | % Daily |
|---|---|---|
| Zeolite (a natural mineral) 5 grams | | * |

*Daily value not established

**DISCLAIMER:** Zeolite HAS NOT been approved by the FDA as a treatment for cancer or any specific disease. In addition, none of the statements above have been evaluated by the FDA. All content presented on www.zeolite.com has been compiled to provide information about Zeolite. Always consult a physician or board certified health practitioner before taking this product. Use at your own risk.

UPDATE The FDA has listed Zeolite on the GRAS List (Generally Recognized As Safe.)

Order Zeolite

Fast Shipping - Easy to Order

📞888-578-7324   ✉ support@zeolite.com

# Zeolite

**Attachment - 11**

## Zeolite Pure



## Zeolite Pure®

Zeolite Pure is the highest quality micronized medical grade 100 percent pure clinoptilolite zeolite available for absorbing and removing heavy metals including aluminum, (mercury also known as Thimerosal from vaccines), mercury due to dental amalgams, other toxins and free radicals from your body while boosting the immune system and balancing the pH in the body without side effects!

FACT—Foreign cells that can cause disease do not survive or grow well in a body that has a pH-balanced environment!

This (Our) purest form of clinoptilolite zeolite has shown in published studies to be the most effective form of zeolite in fighting certain types of health issues.

All ingredients in Zeolite Pure listed by the FDA are generally recognized as being safe.

Zeolite Pure micronized powder is tasteless; non gritty and easy to mix in water, juice or smoothies to consume or if desired it can be added into

the food that you eat. It's great mixed in gravy, pudding or applesauce for children!

Zeolite Pure is far less expensive to purchase and you're BEST VALUE because it does not have the expense of manufacturing it into capsules, multiple bottles and packaging. You get a lot more for your money!

---

Detox Dosage: Take one scoop of Zeolite Pure mixed in water or juice three times a day for 90 days (scoop included)

**This equals 1 Jar of Zeolite Pure per month or 3 jars for the full (DISCOUNTED) 90-day detox with free expedited shipping**

Maintenance Dose Take one scoop of Zeolite Pure once a day mixed in water or juice for continued benefits.

NOTE: Always drink plenty of extra water while doing this or any detox.

# *The Proven Recommended Detox Protocol Is 3 Jars For Each Person

## $52.99

### BUY NOW

## SPECIAL SALE: Buy 3 Or More Jars ONLY $50.99 Each With Fast Free Shipping!

---

**Zeolite has a honeycomb-like structure that traps Toxins**



# Supplement

Serving size One (1) Scoop

Servings per container 88

| | Amount Per Serving | % Daily |
|---|---|---|
| Zeolite (a natural mineral) 5 grams | | * |

*Daily value not established

**DISCLAIMER:** Zeolite **HAS NOT** been approved by the **FDA** as a treatment for cancer or any specific disease. In addition, none of the statements above have been evaluated by the FDA. All content presented on www.zeolite.com has been compiled to provide information about Zeolite. Always consult a physician or board certified health practitioner before taking this product. Use at your own risk.

UPDATE:The FDA has listed Zeolite on the **GRAS List (Generally Recognized As Safe.)**

**Order Zeolite**

**Fast Shipping – Easy to Order**



f

Copyright Zeolite | **Powered By Cat60 Designs**

The Best Chemotherapy Detox That Restores The Immune System

**Attachment - 12**

📞 888-578-7324    ✉ support@zeolite.com

**Zeolite**

Home | The History Of Zeolite.com | Products ⌄

| Zeolite Reviews | Zeolite Benefits | Zeolite Blog

| Contact Us

## The Best After Chemotherapy Detox That Also Strengthens The Immune System

by Barry Cohen | May 12, 2021 | Uncategorized | 0 comments



Detoxing the body after cancer chemotherapy, and in preparation for Stem Cell Transplants, Bone Marrow Transplants, and Organ Transplants a full body detox is





## About Us

ZEO Health Ltd. is the original manufacturer of zeolite supplements in the United States. We currently ship our high quality zeolite products worldwide. We have been in business since 1999 and are one of the most experienced zeolite supplement manufacturers in the world. ZEO Health Ltd. uses the most effective form of zeolite available. Our products are specifically formulated using the highest quality zeolite, in order to deliver the most effective health benefits. It is very important to know that there are various types of zeolites, and many different quality levels of each. All our products are manufactured in a secure GMP (Good Manufacturing Practices) licensed pharmaceutical facility under strict quality control. Every capsule and bottle contents are checked, rechecked, and safety sealed prior to leaving our facility. We make the strongest effort to produce the purest, highest quality products, in which you can have confidence.

Since we first started, ZEO Health Ltd. has grown into a globally recognized brand. Retail chains, health practitioners, and online stores worldwide distribute ZEO Health Ltd. zeolite products. ZEO Health LTD. is much more than just another supplement manufacturer; we are the most knowledgeable zeolite company around. We are able to private label our zeolite products, formulate and manufacture other zeolite products based on the customers' requirements under their label, or even supply the raw material zeolite ingredient for other supplement manufacturing companies. If you are a company looking to build a new zeolite product line, please contact us to see how we can assist.

## Our President

In 1998, Micah Portney recognized an untapped natural resource for health benefits and began to research the science behind zeolite technology. By 1999 he had founded ZEO Health Ltd., the first zeolite supplementation manufacturer in the United States and second in the world (by 2 months). While pioneering zeolite supplementation, Mr. Portney spent a significant amount of time educating people about the benefits of zeolite supplements, many times going through painstaking lengths to explain zeolite to skeptics.

Mr. Portney has worked with world renowned scientists and geologists in his quest to thoroughly understand the science behind zeolite and its uses for health. Over 15 years of detailed understanding and knowledge about this unique mineral has made him one of the foremost experts on zeolite supplementation in the world.

Because of Mr. Portney's extensive background, experience, and knowledge in pioneering and formulation of zeolite supplementation, he is often asked to appear at speaking engagements. If you would like to inquire about having Mr. Portney speak at your event or help your company formulate a product, please send an email to info@zeohealth.com.

**Attachment - 15**



# PUBLIC HEALTH STATEMENT
## Aluminum
### CAS # 7429-90-5

**Division of Toxicology and Environmental Medicine**                    **September 2008**

This Public Health Statement is the summary chapter from the Toxicological Profile for Aluminum. It is one in a series of Public Health Statements about hazardous substances and their health effects. A shorter version, the ToxFAQs™, is also available. This information is important because this substance may harm you. The effects of exposure to any hazardous substance depend on the dose, the duration, how you are exposed, personal traits and habits, and whether other chemicals are present. For more information, call the ATSDR Information Center at 1-800-232-4636.

This public health statement tells you about aluminum and the effects of exposure to it.

The Environmental Protection Agency (EPA) identifies the most serious hazardous waste sites in the nation. These sites are then placed on the National Priorities List (NPL) and are targeted for long-term federal clean-up activities. Aluminum (in some form, e.g., in compounds with other elements such as oxygen, sulfur, or phosphorus) has been found at elevated levels in at least 596 of the 1,699 current or former NPL sites. Although the total number of NPL sites evaluated for this substance is not known, the possibility exists that the number of sites at which aluminum is found may increase in the future as more sites are evaluated. This information is important because these sites may be sources of exposure and exposure to this substance at high levels may be harmful.

When a substance is released either from a large area, such as an industrial plant, or from a container, such as a drum or bottle, it enters the environment. Such a release does not always lead to exposure. You can be exposed to a substance only when you come in contact with it. You may be exposed by breathing, eating, or drinking the substance, or by skin contact. However, it should be noted that aluminum is a very abundant and widely distributed element and will be found in most rocks, soils, waters, air, and foods. You will always have some exposure to low levels of aluminum from eating food, drinking water, and breathing air.

If you are exposed to aluminum, many factors will determine whether you will be harmed. These factors include the dose (how much), the duration (how long), and how you come in contact with it. You must

**DEPARTMENT of HEALTH AND HUMAN SERVICES, Public Health Service**
**Agency for Toxic Substances and Disease Registry**

www.atsdr.cdc.gov/   Telephone: 1-800-232-4636   Fax: 770-488-4178   E-Mail: cdcinfo@cdc.gov



# PUBLIC HEALTH STATEMENT
## Aluminum
### CAS # 7429-90-5

**Division of Toxicology and Environmental Medicine**      **September 2008**

## 1.9 WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO PROTECT HUMAN HEALTH?

The federal government develops regulations and recommendations to protect public health. Regulations *can* be enforced by law. The EPA, the Occupational Safety and Health Administration (OSHA), and the Food and Drug Administration (FDA) are some federal agencies that develop regulations for toxic substances. Recommendations provide valuable guidelines to protect public health, but *cannot* be enforced by law. The Agency for Toxic Substances and Disease Registry (ATSDR) and the National Institute for Occupational Safety and Health (NIOSH) are two federal organizations that develop recommendations for toxic substances.

Regulations and recommendations can be expressed as "not-to-exceed" levels, that is, levels of a toxic substance in air, water, soil, or food that do not exceed a critical value that is usually based on levels that affect animals; they are then adjusted to levels that will help protect humans. Sometimes these not-to-exceed levels differ among federal organizations because they used different exposure times (an 8-hour workday or a 24-hour day), different animal studies, or other factors.

Recommendations and regulations are also updated periodically as more information becomes available. For the most current information, check with the federal agency or organization that provides it. Some regulations and recommendations for aluminum include the following:

| Drinking water | The EPA has recommended a Secondary Maximum Contaminant Level (SMCL) of 0.05–0.2 mg/L for aluminum in drinking water. The SMCL is not based on levels that will affect humans or animals. It is based on taste, smell, or color. |
|---|---|
| Consumer products | The FDA has determined that aluminum used as food additives and medicinals such as antacids are generally safe. <br><br> FDA set a limit for bottled water of 0.2 mg/L. |
| Workplace air | OSHA set a legal limit of 15 mg/m$^3$ (total dust) and 5 mg/m$^3$ (respirable fraction) aluminum in dusts averaged over an 8-hour work day. |

**DEPARTMENT of HEALTH AND HUMAN SERVICES, Public Health Service**
**Agency for Toxic Substances and Disease Registry**

**www.atsdr.cdc.gov/**    **Telephone: 1-800-232-4636**    **Fax: 770-488-4178**    **E-Mail: cdcinfo@cdc.gov**