# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEO HEALTH LTD., MICAH PORTNEY, TOUCHSTONE LIFE ESSENTIALS, INC., and NORWOOD E. STONE,<br><br>      Plaintiffs,<br><br> -against-<br><br>ZOI GLOBAL, LLC, LORI R. LEE, DENISE STEPHENS, METRON NUTRACEUTICALS, LLC, and, NIKOLAOS TSIRIKOS-KARAPANOS,<br><br>      Defendants. | Case No. 2:21-cv-11410 (ES)(MF) |

## [PROPOSED] ORDER

Upon consideration of the motion of Defendant Lori R. Lee ("Lee") for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiffs' Complaint with prejudice, it is hereby **ORDERED** that the motion is **GRANTED** and Plaintiffs' Complaint as against Ms. Lee <u>only</u> be and hereby is dismissed with prejudice, and it is **FURTHER ORDERED** a conformed copy of this Order shall be served on all counsel of record via ECF.

                     _____
                       Esther Salas, U.S.D.J.