# EXHIBIT A

Homepage



Compare page – Zeo Health



Compare page – Touchstone Essentials



Zoi Global Contact page





**LORI R. LEE, MA, RDN, CPT, CLT**

**Functional Registered Dietitian
Nutritionist**

LORILEERD@THEWELLNESSCENTERNWJ.COM

(973) 867-8303

CHESTER WOODS PROF PARK,
385 STATE ROUTE 24, SUITE 3H
Chester New Jersey 07930
United States

https://zoiglobal.com/well4life

thewellnesscenternwj.com

http://www.facebook.com/lori lee rd

https://www.instagram.com/lori.rdn

https://www.linkedin.com/in/lori r. lee, ma, rdn. cpt, clt

Zoi Global Comparison document (Exhibit B)



Wellness Center of Northwest Jersey website



Wellness Center of Northwest Jersey Facebook Page



Lori Lee LinkedIn page

