# EXHIBIT B





COMPARISON DETOX

**DISCLAIMER:** These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease. ZOI Global products should not be confused with prescription medication and should not be substituted for prescribed medication. Before taking ZOI Global products, we recommend that you consult your healthcare provider especially for those who are: pregnant, chronically ill, under 18, elderly or taking prescription or over the counter medication. ZOI Global does not make health claims about ZOI Global products. The use of any ZOI Global product for any reason, other than to increase general wellness, is neither implied nor advocated by ZOI Global.



# DETOXIFICATION ZEOLITE PRODUCT COMPARISON

| PRODUCT NAME | ABSORPTION LEVEL | PROVEN CAPABLE OF CROSSING HUMAN CELL MEMBRANE | RETAIL PRICE | GRANTED PATENTS | MARKETING STATEMENTS |
|---|---|---|---|---|---|
| ZOI ClearDrops® | Cellular Sub-Cellular | ✓ | $79.99 | US Patent 9,629,874  US Patent 10,206,948  US Patent 10,828,324 | *"PROVEN capable of CROSSING CELLULAR MEMBRANES giving HIGHEST possible bioavailability. PROVEN capable of supporting the body's natural ability to detoxify by REVERSING the toxin accumulation process that took years." |
| CytoDetox | Suspension | ✗ | $74.97 | NO | "with Molecular Clinoptililite Fragments" |
| NAVAN Daily Detox Plus | Suspension | ✗ | $83.95 | NO | "micronized zeolite solution " |
| ROOT Clean Slate Detox Drops | Suspension | ✗ | $69.00 | NO | "proprietary patent-pending formulation" |
| COSEVA Advanced TRS | Suspension | ✗ | $95.00 | NO | "Nanotechnology Detoxification" |
| WAIORA | Suspension | ✗ | $40.00 | NO | "Using a proprietary micronization and activation process" |
| TOUCHSTONE PURE BODY EXTRA STRENGTH | Suspension | ✗ | $79.95 | NO | "…uses purified zeolite sized for superior absorption and highly effective detoxification." |
| VITALITY DETOX DROPS | Suspension | ✗ | $75.00 | NO | "…fragments are over a million times smaller than other zeolite formulas available today and have the ability to passively cross membranes in the body, including the blood-brain barrier." |



# DETOXIFICATION ZEOLITE PRODUCT COMPARISON

| PRODUCT NAME | ABSORPTION LEVEL | PROVEN CAPABLE OF CROSSING HUMAN CELL MEMBRANE | RETAIL PRICE | GRANTED PATENTS | MARKETING STATEMENTS |
|---|---|---|---|---|---|
| RESULTS RNA ACZ NANO | Suspension | ✗ | $39.95 | NO | "ACZ Nano Zeolite Extra Strength provides daily support for the body's natural detoxification process; an integral facet of overall health and wellbeing." |
| ZEO HEALTH ZEOLITE PURE | POWDER | ✗ | $59.99 | NO | "…is the amazing all-natural mineral Zeolite that has been proven to absorb the toxins, free radicals, and heavy metals from your body, as well as boosting the immune system without side effects." |

\* ZOI Global ClearDrops® is the WORLD'S ONLY water-soluble zeolite that is PROVEN CAPABLE of crossing cellular membranes to offer systemic action in REVERSING the chronic accumulation of water-soluble toxins that enter the human body.



## DETOXIFICATION METHOD COMPARISON

| METHOD | BENEFIT | DOWNSIDE | COMMENTS |
|---|---|---|---|
| Diet & Fasting (Mainly for weight loss) | Very good for GI system. Helps clean the GI track. | Difficult for most people to fast for long periods. Accumulated toxins are generally not removed. | Has limited benefit for most toxins. |
| Juice Diet (Mainly for weight loss) | Easy to take and provides essential nutrients. Good for general health. | Requires investment in juice extractors and fresh fruits. Accumulated toxins are generally not removed. | Has limited benefit for most toxins. |
| Various Colon Cleansing Programs. "7 to 14 day Colon Cleanse" Programs. | Effective for colon cleanse. | Pain and other side effects can occur. These programs do not provide cellular detoxification. | Works well for colon. Many programs have added probiotics to the cleanse system. |
| Herbal Whole Body Detox (Mainly for weight loss) | Works best in kidneys and liver. Most widely used system with fibers. | Individuals may have severe reactions. Cilantro, Chlorella, and Thistle are popular herbal ingredients. | Has limited benefit for most toxins. |
| Vitamin Detox | Vitamin C and E work well and help support natural systems. | No data on heavy metals or pesticides. Vitamins provide support to other detox methods. | Has limited benefit for most toxins. |
| Foot Pads & Foot Baths | Easy to use systems with strong visual results. Pad shows major change. | Do not work throughout the body on toxins circulating in the blood. | Cleans feet well with strong visual results. Not a whole body approach. |
| Organic Extracts and Citrus | Works on kidneys & liver. Helps with weight loss. | Wide range of claims with limited data on how they work. Humic and Fulvic acid and Citrus pectins are popular ingredients. | Has limited benefit for most toxins. |



## DETOXIFICATION **METHOD** COMPARISON

| METHOD | BENEFIT | DOWNSIDE | COMMENTS |
|---|---|---|---|
| IV Chelation. In-hospital. Physician administered. | Leading product is EDTA. Also, DMSA and DMPS. U.S. FDA banned use of DMSA in 2014. U.S. FDA categorized DMPS as a drug restricted for in-hospital use in 2016. | The in-hospital, IV Chelation has strong history of use. The effectiveness of the method varies and has potential serious side effects. | Hospital use only. |
| Zeolites and related minerals | Long history of use in toxin removal for environmental toxins. | *Have limited ability to work systemically and are not absorbed by the body. Quality varies significantly and chemical impurities can cause serious side effects. | *Size, Purity and Bioavailability are critical for effectiveness. |

\* ZOI Global ClearDrops® is the **WORLD'S ONLY** water-soluble zeolite that is **PROVEN CAPABLE** of crossing cellular membranes to offer systemic action in REVERSING the chronic accumulation of water-soluble toxins that enter the human body.



## COMMONLY USED DETOXIFICATION INGREDIENTS

| IMAGE | INGREDIENT | BENEFITS/DOWNSIDE/COMMENTS |
|---|---|---|
|  | CHLORELLA | Can absorb toxins found in the GI. It is a weak binder and has a limited ability to bind heavy metals and other toxins. It is usually combined with cilantro in several detox formulations. |
|  | CILANTRO | Is a "weak binder" of heavy metals. It is usually combined with chlorella in several detox formulations. |
|  | MILK THISTLE | May support liver functions and can prevent toxins from building up in the liver. It helps support liver health. Its action is primarily observed in the liver. |
|  | VITAMIN C | Has a long history of use as an immune system support. Vitamin C helps boost the body's production of glutathione. It also helps remove free radicals from the body. |
|  | VITAMIN E | Has antioxidant action. It works well with Vitamin C. It helps reduce the stress caused by free radical toxins in the body. |
|  | MODIFIED CITRUS PECTIN | Found in apples and fruits. It is a weak binder and has a limited ability to bind heavy metals and some free radicals. It has limited use in detoxification. |
|  | GLUTATHIONE | The body's natural detoxification agent. As a dietary supplement, Glutathione has a very limited absorption. |
|  | NAC | An amino acid, which can bind heavy metals and can stimulate the body's natural removal systems. NAC is used to treat acetaminophen overdose. It is used with DMPS to support heavy metal removal. |



# COMMONLY USED DETOXIFICATION INGREDIENTS

| IMAGE | INGREDIENT | BENEFITS/DOWNSIDE/COMMENTS |
|---|---|---|
| | EDTA | Used in in-hospital IV chelation and it is effective in removing heavy metals from the blood. It is used for treatment from lead, mercury, aluminum and cadmium poisoning. IV EDTA chelation requires monitoring as it may deplete important minerals and cause serious side effects. |
| | DMPS | Is a drug. Side effects are common and its use must be monitored. |
| | DMSA | Is a drug used for chelation. The U.S. FDA banned the use of DMSA in 2014. |
| | HUMIC & FULVIC ACID | Naturally occurring acids used for detoxification. Humic acid is known for immune support. Fulvic acid is known for its limited ability for detoxification and energy support. |
| | ZEOLITE CLINOPTILOLITE | Created millennia ago when volcano lava met the ocean water. Clinoptilolite is the variety of zeolite most associated with detoxification. Until 2015, zeolite clinoptilolite was only available in powder or liquid (water suspension) formulations that are not bioavailable. See next chart item for water solution of water-soluble zeolite named ZOI ClearDrops® |
| | METRON NUTRACEUTICALS' HYDROLYZED CLINOPTILOLITE FRAGMENTS **PRODUCT NAME:  ZOI ClearDrops®** | Provide a totally different concept in safe, daily, oral detoxification. ZOI ClearDrops® is a triple-patented water solution of water soluble – and thus BIOAVAILABLE – zeolite clinoptilolite fragments. ZOI ClearDrops® supports the human body's systemic detoxification processes by acting as a heavy metals chelator at the cellular and sub-cellular level. |