# EXHIBIT C

20210625170234

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20210625170234** Was

KEYHANI LLC.
DARIUSH KEYHANI, ESQ.
1050 30TH STREET NW
WASHINGTON  DC 20007

**NOT SERVED!**

NOT Served Date/Time: 7/23/2021

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: KE050147**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:          **TREVOR ROWLEY**
At BUSINESS :              **ZOI GLOBAL LLC. 4730 S FORT APACHE RD. STE 300 LAS VEGAS NV 89147**

In the Case/Docket:        **2 21 CV 11410 ES MF**    Claim:
Plaintiff:                 **ZEO HEALTH LTD, ET AL**
Defendant:                 **ZOI GLOBAL LLC., ET AL**
Attorney:                  **DARIUSH KEYHANI, ESQ.**  Phone: **2027488950** Fax:   Email: **AENGEL@KEYHANILLC.COM**
Firm:                      **KEYHANI LLC.**
                           **1050 30TH STREET NW  WASHINGTON  DC 20007**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

**Sales Tax of 6.625% Applies**

[ X ]* Affidavit of Due Diligence $40 NJ only, $55 other states

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr l **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____   ___/___/_____
AUTHORIZING SIGNATURE                    DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

**We were unable to serve your process for the following reason:**

**NO ANSWER ON ALL ATTEMPTS**

*

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***
**The specific reasons for failure to serve are available from us in an Affidavit Form, Signed and Notarized for $40 in NJ and $55 in all other states.**
**Check the box above and return for the affidavit.**