THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEO HEALTH LTD., | § | |
| MICAH PORTNEY, | § | |
| TOUCHSTONE LIFE ESSENTIALS, INC., | § | |
| and NORWOOD E. STONE, | § | Case No. 2:21-cv-11410 (ES) (MF) |
| | § | |
| Plaintiffs, | § | JURY TRIAL DEMANDED |
| | § | |
| vs. | § | |
| | § | |
| ZOI GLOBAL, LLC, | § | |
| LORI R. LEE, DENISE STEPHENS, | § | |
| METRON NUTRACEUTICALS, LLC, and | § | |
| NIKOLAOS TSIRIKOS-KARAPANOS, | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF SERVICE**

    I hereby certify that Plaintiffs' Opposition to Motion to Dismiss Defendant Lori R. Lee was electronically filed on this August 20, 2021. Notice of this filing will be sent to all parties and all counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

                                             s/ Anya Engel
                                             Anya Engel