UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEO Health Ltd.; Micah Portney; Touchstone Life Essentials, Inc.; and Norwood E. Stone,<br><br>Plaintiffs,<br><br>v.<br><br>ZOI Global, LLC; Lori R. Lee; Denise Stephens; Metron Nutraceuticals, LLC; and Nikolaos Tsirikos-Karapanos,<br><br>Defendants. | Case No.: 2:21-cv-11410 (ES)(MF)<br><br>**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Return Date:  September 20, 2021<br><br>***ORAL ARGUMENT REQUESTED*** |

**TO:**  Dariush Keyhani
Keyhani LLC
1050 30th Street NW
Washington D.C. 20007
Tel.  (202) 748-8950
Fax. (202) 318-8958
dkeyhani@keyhanillc.com
*Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on September 20, 2021, at 10:00 a.m. or soon thereafter as counsel may be heard, Defendants Metron Nutraceuticals, LLC ("***Metron***") and Nikolaos Tsirikos-Karapanos (collectively, "***These Defendants***") will move this Court for an Order dismissing Plaintiffs claims against These Defendants as alleged in Plaintiffs' Amended Complaint [ECF No. 5] for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12 and Local Rule 7.1.

**PLEASE TAKE FURTHER NOTICE** that These Defendants shall rely upon their Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction and the Declaration of Nikolaos Tsirikos-Karapanos, all of which are served herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is included and ***oral argument is requested***.

Dated:  September 3, 2021				Respectfully submitted,

						/s/ Colin Hackett
						Colin Hackett
						LEWIS BRISBOIS BISGAARD & SMITH
						One Riverfront Plaza, Suite 800
						Newark, NJ 07102
						Tel. 973.577.6260
						Colin.Hackett@lewisbrisbois.com
						*Counsel for Defendants, Metron Nutraceuticals, LLC and Nikolaos Tsirikos-Karapanos*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I caused the Notice of Motion, Metron's Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction, the Declaration of Nikolaos Tsirikos-Karapanos, a proposed form of order, and this certificate of service to be served upon all counsel of record by filing same through the CM/ECF Electronic filing system of the United States District Court for the District of New Jersey.

Dated:  September 3, 2021			Respectfully submitted,

/s/ Colin Hackett
Colin Hackett
LEWIS BRISBOIS BISGAARD & SMITH
One Riverfront Plaza, Suite 800
Newark, NJ 07102
Tel. 973.577.6260
Colin.Hackett@lewisbrisbois.com
*Counsel for Defendants, Metron Nutraceuticals, LLC and Nikolaos Tsirikos-Karapanos*