# EXHIBIT A

Zoi Global Homepage, www.zoiglobal.com



Compare page – Zeo Health, https://zoiglobal.com/compare-zeohealth-zeolitepure-awakening/?u=well4life&r=C1167



Compare page – Touchstone Essentials, https://zoiglobal.com/touchstone-pbxs-awakening/?u=well4life&r=C1167



Zoi Global Contact page, https://zoiglobal.com/consultant-contact/?u=well4life&r=C1167





Wellness Center of Northwest Jersey website, http://www.thewellnesscenternwj.com/wellness-wednesday-wellcast-videos





Wellness Center of Northwest Jersey Facebook Page, https://www.facebook.com/WellnessCenterNWJ





5



Lori Lee LinkedIn page, https://www.linkedin.com/in/lori-r-lee-ma-rdn-cpt-clt-7b61498/



7

Zoi Global Facebook Page, "Zoi Global – Awakening a New Era in the Dietary Supplements Industry" video, https://www.facebook.com/zoiglobal2020/videos/1166809347159267











https://zoiglobal.com/products/?u=well4life&r=C1167



https://zoiglobal.com/science/?u=well4life&r=C1167





http://www.thewellnesscenternwj.com/

HOME    ABOUT US    OUR SERVICES    2021 SIMPLY WELL PROGRAM!    WELLNESS WEDNESDAY WELLCAST VIDEOS!
PREMIER WELLNESS TECHNOLOGIES    PATIENT TESTIMONIALS & FEEDBACK    CONTACT US

## INTRODUCING . . . THE ZEOLITE GOLD STANDARD!



### Groundbreaking!

It's time for something
**VERY, VERY BIG!**

"The WHOLE battle is in the cell!
Our health is only as good as
is the health of our cells.
If you don't fix the cell,
you do not fix
the human."

– Nikolaos Tsirikos-Karapanos,
PharmD, M.D., PhD

Triple Board Certified as a :
Medical Doctor,
Pharmacist,
Cardiovascular Surgeon
&
Inventor of ZOI ClearDrops,
ClearDetox Pro and
ZOI ClearSleep

"This is the BIGGEST BREAKTHROUGH in
total body detoxification in our time!
- Lori R. Lee, MA, RDN, CPT, CLT
Functional Medicine Nutrition Therapist



### Revolutionary!

What is this VERY, VERY BIG
BREAKTHROUGH???
IT IS...PROVEN capable
of **ATTRACTING** and **RETAINING** several
types of toxins including heavy metals,
mycotoxins, pesticides, and herbicides.

PROVEN capable of **CROSSING CELLULAR
MEMBRANES** giving HIGHEST possible
bioavailability.

PROVEN capable of supporting the body's
natural ability to detoxify by **REVERSING** the
toxin accumulation process that took years.

PROVEN capable of crossing cellular
membranes to act as a **TRUE
BINDER** offering a **DAILY SYSTEMIC
DETOXIFICATION.**



### Breakthrough!

This BREAKTHROUGH is SO BIG
that we are looking
for help!

Are you looking for a
TRUE FINANCIAL BREAKTHROUGH?

Are you looking for an
OPPORTUNITY OF A LIFETIME?

Are you looking for flexibility in your day,
independence and being truly
REWARDED FOR YOUR EFFORTS?

We are looking for people
who want to help us to help others
and be rewarded
for their efforts!

If this is YOU, go to our
Contact Us page
and send us a message
or
text Lori at:  973-867-8303

12