Dariush Keyhani
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
*Attorneys for Plaintiff*


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X

ZEO Health Ltd.; Micah Portney;
Touchstone Life Essentials, Inc.; and
Norwood E. Stone,

               Plaintiffs,

v.

ZOI Global, LLC; Lori R. Lee; Denise
Stephens; Metron Nutraceuticals, LLC;
and Nikolaos Tsirikos-Karapanos,

               Defendants.

-----------------------------------------------X

Case No.: 2:21-cv-11410
(ES)(JCB)

**NOTICE OF MOTION FOR
AN EXTENSION OF TIME TO
EFFECTUATE SERVICE ON
DEFENDANT ZOI GLOBAL,
LLC AND FOR
ALTERNATIVE SERVICE
VIA THE NEVADA
SECRETARY OF STATE**

Return Date: November 12, 2021

***ORAL ARGUMENT
REQUESTED***

**TO:** Paul S. Danner
GOLDBERG SEGALLA LLP
1037 Raymond Blvd., Suite 1010
Newark, New Jersey 07072
Phone: (973) 681-7000
Fax: (973) 681-7101
*Attorneys for Defendant*
*Lori R. Lee*

Colin Hackett
LEWIS BRISBOIS BISGAARD & SMITH

One Riverfront Plaza, Suite 800
Newark, NJ 07102
Tel. 973.577.6260
Colin.Hackett@lewisbrisbois.com
*Counsel for Defendants, Metron Nutraceuticals,*
*LLC and Nikolaos Tsirikos-Karapanos*

**PLEASE TAKE NOTICE** that on December 6, 2021, at 10:00 a.m. or
soon thereafter as counsel may be heard, Plaintiffs will move this Court for an
Order extending the time for service of process on Defendant Zoi Global and
permitting alternative service via the Nevada Secretary of State pursuant to N.J.
Ct. R. 4:4-4(b)(1).

**PLEASE TAKE FURTHER NOTICE** that in support of the within
Motion, Plaintiffs rely upon the accompanying Declaration of Anya Engel, the
exhibits annexed thereto, as well as the memorandum of law in support
submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is
included and ***oral argument is requested***.

Dated: November 12, 2021           Respectfully submitted,

                                   s/ Dariush Keyhani
                                   Dariush Keyhani
                                   Keyhani LLC
                                   1050 30th Street NW
                                   Washington, DC 20007
                                   Telephone: (202) 748-8950
                                   Fax: (202) 318-8958
                                   dkeyhani@keyhanillc.com
                                   *Attorneys for Plaintiff*