# EXHIBIT A

### FW: Service of Process

From: PDF Room1 <pdfroom1@served.com>
Sent: Fri, Jun 25, 2021 at 4:40 pm
To: aengel@keyhanillc.com

Zeo Health et al. Amended Complaint.pdf (17.1 MB)   Exhibit A to Complaint.pdf (6.3 MB)
Lori Lee summons.pdf (145.2 KB)   Zoi Global summons.pdf (238.8 KB)   Denise Stephens summons.pdf (142.1 KB)
Tsirikos-Karapanos summons.pdf (185.4 KB)   — Download all

Received

**From:** aengel@keyhanillc.com <aengel@keyhanillc.com>
**Sent:** Friday, June 25, 2021 2:52 PM
**To:** PDF Room1 <pdfroom1@served.com>
**Subject:** FW: Service of Process


-----Original Message-----
From: "aengel@keyhanillc.com" <aengel@keyhanillc.com>
Sent: Thursday, June 24, 2021 2:39pm
To: Info@Served.com
Subject: Service of Process

Good afternoon,

We would like to serve a federal district court summons and complaint on four defendants located throughout the country. I've attached the four summonses, the complaint, and Exhibit A to the complaint.

Could you please let us know whether we need to provide you with any additional information or documents and what the total cost will be? Thank you very much.

Best regards,

Anya Engel
Keyhani LLC

This email and any attachments transmitted with it are intended for official use only by the person or entity to which they are addressed and may contain information from Guaranteed Subpoena Service, Inc. that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. No representation is made on the accuracy or completeness of the information contained in this electronic message. If you have received this transmission in error, please notify the sender by return email and permanently delete the original and any copy of this message, its attachments, and backups or printouts thereof.