# EXHIBIT B



Zoi Global, LLC. Nevada's Business Portal, SilverFlume.
https://esos.nv.gov/EntitySearch/BusinessInformation



Zoi Global, LLC. Nevada's Business Portal, SilverFlume.
https://esos.nv.gov/EntitySearch/BusinessInformation



Zoi Global Screenshot, accessed November 4, 2021.
www.zoiglobal.com/science/?u=well4life&r=C1167



Zoi Global Screenshot, accessed November 12, 2021.
https://zoiglobal.com/compare-zoi-zeolites-vs-other-zeolites/?u=well4life&r=C1167

2





Zoi Global Screenshot, accessed November 12, 2021.
https://zoiglobal.com/?u=well4life&r=C1167