# EXHIBIT C

— NON —

20210625170234

AO 440 (Rev. 06/12) Summons in a Civil Action       RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT, EXHIBITS** |
| EFFECTED (1) BY ME: | William Rene Guzman |
| TITLE: | **PROCESS SERVER** |
| | DATE: July 23, 2021, 9:53 am |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant  X **Non-Serve**

July 14, 2021, 10:28 am PDT at ZOI GLOBAL LLC: 4730 S FORT APACHE RD SUITE 300, LAS VEGAS, NV 89147-7933
At given address business, I spoke to the receptionist who advised that TREVOR ROWLEY is only here once a month, but could not give me a specific day. She would not provide any other information.

July 23, 2021, 9:53 am PDT at ZOI GLOBAL LLC: 4730 S FORT APACHE RD SUITE 300, LAS VEGAS, NV 89147-7933
Arrived at given address spoke to front desk claims Trevor Rowley is not here today

TREVOR ROWLEY

Place where served:

ZOI GLOBAL LLC. 4730 S FORT APACHE RD. STE 300  LAS VEGAS  NV  89147

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ __N/A__     SERVICES $ __N/A__     TOTAL $ __N/A__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 8 / 2 /2021                              _____ L.S.
                                               SIGNATURE OF **William Rene Guzman**
                                               GUARANTEED SUBPOENA SERVICE, INC.
                                               2009 MORRIS AVENUE
                                               UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | DARIUSH KEYHANI, ESQ. |
| PLAINTIFF: | ZEO HEALTH LTD, ET AL |
| DEFENDANT: | ZOI GLOBAL LLC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 21 CV 11410 ES MF |
| COMMENT: | |