# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2 21 CV 11410 ES MF

## PROOF OF NON-SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DENISE STEPHENS was received by me on *6-25-2021*

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: 20 YEAR OLD ASIAN FEMALE SAYS HER FAMILY BOUGHT THIS HOUSE 6-7 YEARS AGO AND DOES NOT KNOW DEFENDANT. CAD SHOWS DEFENDANT IS THE PREVIOUS OWNER AND SOLD TO SU AND WANG FAMILY IN 2014. ; or

☒ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-8-2021

*Kurt Schedler* (signature)

*Server's signature*

Kurt Schedler-PROCESS SERVEF # PSC1098

*Printed name and title*

2221 Justin Road 119-328, Flower Mound, TX 75028

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 29, 2021, 12:36 am CDT at Home: 3923 CROSS BEND DRIVE , ARLINGTON, TX 76094 20 YEAR OLD ASIAN FEMALE SAYS HER FAMILY BOUGHT THIS HOUSE 6-7 YEARS AGO AND DOES NOT KNOW DEFENDANT. CAD SHOWS DEFENDANT IS THE PREVIOUS OWNER AND SOLD TO SU AND WANG FAMILY IN 2014.

## AFFIDAVIT OF NON-SERVICE

| Case: 2 21 CV 11410 ES MF | Court: US DISTRICT COURT- DISTRICT OF New Jersey | County: | Job: 5941392 (20210727154600) |
|---|---|---|---|
| Plaintiff / Petitioner: ZEO HEALTH LTD, ET AL | | Defendant / Respondent: ZOI GLOBAL LLC., ET AL | |
| Received by: KS Process Service and Courier, inc. | | For: Guaranteed Subpoena Service, Inc. | |
| To be served upon: DENISE STEPHENS A.K.A. BARBARA D. STEPHEN | | | |

I, Kurt Schedler, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DENISE STEPHENS A.K.A. BARBARA D. STEPHEN, Home: 3112 N CAMINO LAGOS, GRAND PRAIRIE, TX 75054
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS, AMENDED COMPLAINT, EXHIBITS, PRAYER FOR RELIEF

**Additional Comments:**
1) Unsuccessful Attempt: Jul 31, 2021, 6:15 pm CDT at Home: 3112 N CAMINO LAGOS, GRAND PRAIRIE, TX 75054
NO ANSWER AT THE DOOR. I LEFT A DELIVERY NOTICE ON DOOR.

2) Unsuccessful Attempt: Aug 2, 2021, 11:00 am CDT at Home: 3112 N CAMINO LAGOS, GRAND PRAIRIE, TX 75054
NO ANSWER AT THE DOOR. I LFET A DELIVERY NOTICE ON THE DOOR.

3) Unsuccessful Attempt: Aug 3, 2021, 6:15 pm CDT at Home: 3112 N CAMINO LAGOS, GRAND PRAIRIE, TX 75054
NO ANSWER AT THE DOOR. I LEFT A DELIVERY NOTICE ON THE DOOR. HOUSE IS NOT OWNED BY DEFENDANT. DEFENDANT HAS NO DRIVERS LICENSE HERE OR ANY VEHICLES REGISTERED AT THIS ADDRESS.

_____ 8-11-2021
Kurt Schedler              Date
PSC1098

KS Process Service and Courier, inc.
2221 Justin Road 119-328
Flower Mound, TX 75028

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

9-15-2023
Date       Commission Expires

MICHELLE SHAFFER
Notary Public, State of Texas
Comm. Expires 09-15-2023
Notary ID 128740273