# EXHIBIT E



20211111103000

**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com



# Confidential Report
# 20211111103000

KEYHANI LLC.
1050 30TH STREET NW
WASHINGTON DC 20007

Regarding: AFFIDAVIT OF DUE DILIGENCE
On: TREVOR ROWLEY
Date: 11/11/2021

Attn: DARIUSH KEYHANI, ESQ.
Phone: 2027488950
Fax:
E-mail: AENGEL@KEYHANILLC.COM

---

As per your request, a AFFIDAVIT OF DUE DILIGENCE

On     TREVOR ROWLEY
       ZOI GLOBAL LLC. 4730 S FORT APACHE RD. STE 300
       LAS VEGAS NV 89147

was diligently conducted.

Docket/File#: 2 21 CV 11410 ES MF
Venue: DISTRICT
Claim#:
Plaintiff: ZEO HEALTH LTD, ET AL
Defendant: ZOI GLOBAL LLC., ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
A SKIP TRACE WAS PERFORMED ON TREVOR ROWLEY ON 09/01/2021. A SKIP TRACE IS THE PROCESS OF LOCATING A PERSON'S WHEREABOUTS. OUR SKIP TRACES ARE BASED ON THE TRACKING OF ENTITY'S SOCIAL SECURITY NUMBER, ONCE A SOCIAL SECURITY NUMBER IS DEVELOPED. THESE RECORDS ARE DEVELOPED THROUGH PUBLIC RECORDS, CONSUMER BUREAU REPORTS, UTILITIES, NEWSPAPER SUBSCRIPTIONS, ETC. IN THIS CASE THE INFORMATION INDICATED THAT ENTITY WAS STILL RESIDING AT THE GIVEN ADDRESS OF 4730 S FORT APACHE ROAD, STE 300, LAS VEGAS, NV 89147 AT THE TIME OF THE SEARCH. WITH NO MORE AVAILABLE INFORMATION IN ORDER TO FURTHER INVESTIGATE, I CONCLUDED THE INVESTIGATION.

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**

# *Affidavit*

State of New Jersey:
:SS
County of Union:

**Joe Labbate** of full age, being duly sworn according to law, deposes and says:

1. I am a licensed investigator for Spartan Detective Agency, Inc., as as such perform those duties related to the business of private detectives.

2. I have made numerous attempts to locate the following:

**TREVOR ROWLEY**
**ZOI GLOBAL LLC. 4730 S FORT APACHE RD. STE 300**
**LAS VEGAS NV 89147**

Civil Action/Docket #: **2 21 CV 11410 ES MF**   Venue: **DISTRICT**
In the case of: **ZEO HEALTH LTD, ET AL** vs. **ZOI GLOBAL LLC., ET AL**

3. I was unable to locate the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

A SKIP TRACE WAS PERFORMED ON TREVOR ROWLEY ON 09/01/2021. A SKIP TRACE IS THE PROCESS OF LOCATING A PERSON'S WHEREABOUTS. OUR SKIP TRACES ARE BASED ON THE TRACKING OF ENTITY'S SOCIAL SECURITY NUMBER, ONCE A SOCIAL SECURITY NUMBER IS DEVELOPED. THESE RECORDS ARE DEVELOPED THROUGH PUBLIC RECORDS, CONSUMER BUREAU REPORTS, UTILITIES, NEWSPAPER SUBSCRIPTIONS, ETC. IN THIS CASE THE INFORMATION INDICATED THAT ENTITY WAS STILL RESIDING AT THE GIVEN ADDRESS OF 4730 S FORT APACHE ROAD, STE 300, LAS VEGAS, NV 89147 AT THE TIME OF THE SEARCH. WITH NO MORE AVAILABLE INFORMATION IN ORDER TO FURTHER INVESTIGATE, I CONCLUDED THE INVESTIGATION.

Investigator 11/11/2021        11/11/2021

**To Be Used Where Electronic Signature Not Available**
Signed and Sworn before me

This __11__ of __November__ 2021

Linda Grumble
Notary

My Commission expires

Attorney:   DARIUSH KEYHANI, ESQ.
Firm:       KEYHANI LLC.
Ref #:      20211111103000