Dariush Keyhani
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X

| | |
|---|---|
| ZEO Health Ltd.; Micah Portney; Touchstone Life Essentials, Inc.; and Norwood E. Stone, | Case No.: 2:21-cv-11410 (ES)(JCB) |
| Plaintiffs, | **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO EFFECTUATE SERVICE ON DEFENDANT ZOI GLOBAL, LLC AND FOR ALTERNATIVE SERVICE VIA THE NEVADA SECRETARY OF STATE** |
| v. | |
| ZOI Global, LLC; Lori R. Lee; Denise Stephens; Metron Nutraceuticals, LLC; and Nikolaos Tsirikos-Karapanos, | |
| Defendants. | |

-----------------------------------------------X

This matter having been opened before the Court on the motion of Plaintiffs Zeo Health, Ltd., Micah Portney, Touchstone Life Essentials, Inc., and Norwood E. Stone (collectively, "Plaintiffs") for an extension of time to effectuate service of process on Defendant Zoi Global and permitting alternative service via the Nevada Secretary of State pursuant to N.J. Ct. R. 4:4-4(b)(1), and the motion having been served upon all counsel of record, and the Court having considered the papers submitted on behalf of all parties; and for good cause shown:

It is on this _____ day of _____, 2021.

**ORDERED** that Plaintiffs' motion is hereby granted in all respects.

E N T E R:

_____

Hon. Esther Salas, U.S.D.J.