# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEO HEALTH LTD., <br> MICAH PORTNEY, <br> TOUCHSTONE LIFE ESSENTIALS, <br> INC., and NORWOOD E. STONE, <br><br> Plaintiffs, <br><br> vs. <br><br> ZOI GLOBAL, LLC, <br> LORI R. LEE, DENISE STEPHENS, <br> METRON NUTRACEUTICALS, <br> LLC, and NIKOLAOS <br> TSIRIKOS-KARAPANOS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Case No. 2:21-cv-11410(ES)(JCB) <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

A copy of Plaintiffs' Notice of Motion, Memorandum of Law in Support of their Motion for an Extension of Time to Effectuate Service on Defendant Zoi Global, LLC and for Alternative Service via the Nevada Secretary of State, the Declaration of Anya Engel, a Proposed Order, and supporting exhibits were served on all known counsel of record who are deemed to have consented to electronic service via ECF on November 12, 2021.

/s/ Anya Engel
Anya Engel