# KEYHANI LLC

1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
www.keyhanillc.com

Direct Email: dkeyhani@keyhanillc.com
Direct Dial: 202.903.0326

March 10, 2022

**VIA ECF**
Hon. Jose R. Almonte
United States Magistrate Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: *Zeo Health Ltd., et al. v. Zoi Global, LLC, et al.,* No. 2:21-cv-11410-ES-JRA: Telephone Status Conference Rescheduling Request

Dear Judge Almonte:

We represent Plaintiffs Zeo Health Ltd., Micah Portney, Touchstone Essentials, Inc., and Norwood E. Stone ("Plaintiffs") in the above-captioned matter. Plaintiffs write respectfully to request that the Court reschedules the telephone status conference currently scheduled for Thursday, May 19, 2022. It has come to our attention that we have a conflicting claim construction hearing the same day in the Western District of Texas, in the matter of *Swissdigital USA Co., Ltd. v. Wenger S.A.*, No. 6:21-cv-453-ADA.

For this reason, Plaintiffs respectfully request that the Court reschedules the telephone status conference currently scheduled for Thursday, May 19, 2022, for another date that is convenient for the Court.

Sincerely,

/s/Dariush Keyhani
Dariush Keyhani
Keyhani LLC
*Attorneys for Plaintiff*

cc: Defendants' counsel of record