UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEO Health Ltd.; Micah Portney; Touchstone Life Essentials, Inc.; and Norwood E. Stone, | : : : : : | Civ. Action No. 21-11410 (ES)(JRA) |
| Plaintiffs, | : : | |
| v. | : : | ORDER |
| ZOI Global, LLC; Lori R. Lee; Denise Stephens; Metron Nutraceuticals, LLC; and Nikolaos Tsirikos-Karapanos, | : : : : : : | |
| Defendants. | : : | |

**THIS MATTER** having come before the Court on Plaintiffs' motion (1) for an extension of time to serve Defendant Zoi Global, LLC, and (2) to effectuate service via the Nevada Secretary of State (ECF No. 30);

and the Court having considered the moving papers, the record, and applicable law;

**IT IS** on this day, April 13, 2022, **ORDERED** that:

1. Plaintiffs' request for a thirty-day extension to serve Defendant Zoi Global via the Nevada Secretary of State is **GRANTED**, with modification to the relief sought.

2. Plaintiffs shall serve Defendant Zoi Global via the Nevada Secretary of State by **May 13, 2022**. Service must comply with the requirements of Rule 4.2(c)(3)

of the Nevada Rules of Civil Procedure and any other applicable Nevada law related to service of process.

3. Plaintiffs shall file proof of service when service is effectuated upon the Nevada Secretary of State and shall include any supporting documentation of compliance with Rule 4.2(c)(3) of the Nevada Rules of Civil Procedure.

4. Plaintiffs shall attempt service of the summons and complaint upon Defendant Zoi Global at 3900 Juan Tabo NE, Albuquerque, New Mexico, at least once, by May 13, 2022.

5. Plaintiffs shall attempt service of the summons and complaint upon Defendant Zoi Global at 4730 S. Fort Apache Rd. STE 300, Las Vegas, Nevada, three additional times by May 13, 2022.

6. If Plaintiffs are aware of the last-known address of any person listed in Rule 4.2(c)(1) of the Nevada Rules of Civil Procedure, Plaintiffs shall attempt service of the summons and complaint to each such person at the person's last-known address by May 13, 2022.

7. The Clerk of Court is directed to terminate the motion at ECF No. 30.

_____
United States Magistrate Judge