

Paul S. Danner | Partner
Direct 973.681.7001 | pdanner@goldbergsegalla.com

April 27, 2022

**VIA ECF**
Honorable Jose R. Almonte
United States Magistrate Judge
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Zeo Health Ltd., et al v. Zoi Global, LLC, et al**
              **No.:221-cv-11410-ES-JRA**
              **GS File No.: 8156.0054**

Dear Judge Almonte:

    We represent Defendant Lori R. Lee in the above-captioned matter. This matter relates to alleged defamation, product disparagement and unfair competitive.  In light of the nature of the claims and defenses thereto, the parties have mutually agreed to a proposed Discovery Confidentiality Order, which is enclosed ("Order").  We respectfully ask that Your Honor consider the Order, and, if acceptable, please enter it.

    Should Your Honor require any additional information, please do not hesitate to contact the undersigned.

                              Respectfully submitted,

                              Paul S. Danner

PSD:sdm
Encl.
cc:    All counsel of record via ECF

**Please send mail to our scanning center at: PO Box 580, Buffalo NY 14201**

**OFFICE LOCATION** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587  |  **PHONE** 609-986-1300  |  **FAX** 973-681-7101  |  **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
33200890.v1