**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Thomas F. Quinn, Esq. (Attorney ID 016211981)**
**April Campos, Esq. (Attorney ID 293012019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932**
**Tel: (973) 624-0800**
**Fax: (973) 624-0808**
Attorneys for Defendants Zoi Global, LLC and Denise Stephens

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEO HEALTH LTD., MICAH PORTNEY, TOUCHSTONE LIFE ESSENTIALS, INC., and NORWOOD E. STONE, | : : : : | **CIVIL ACTION NO. 2:21-cv-11410** |
| Plaintiffs, | : : : | |
| - against - | : : : | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR** |
| ZOI GLOBAL, LLC, LORI R. LEE, DENISE STEPHENS, METRON NUTRACEUTICALS, LLC, and NIKOLAOS TSIRIKOS-KARAPANOS, | : : : : : | **OTHERWISE REPLY TO PLAINTIFF'S AMENDED COMPLAINT (LOCAL CIVIL RULE 6.1)** |
| Defendants. | : : : : : : : : | |

Application is hereby made for a Clerk's Order pursuant to L. Civ. R. 6.1(b) extending the time within which Defendants Zoi Global, LLC and Denise Stephens, may answer, move or otherwise reply to the Amended Complaint filed by Plaintiffs herein, and it is represented that:

1.    Plaintiffs filed their Complaint in the United States District Court for the District of New Jersey on June 18, 2021. The Complaint was received by Defendants Zoi Global, LLC and Denise Stephens on April 21, 2022.

2.      The time for Defendants Zoi Global, LLC and Denise Stephens to answer, move or otherwise respond therefore expires on May 12, 2022 pursuant to Rule 12(a) of the Federal Rules of Civil Procedure.

3.      No previous extension has been obtained; and

4.      The Time for Defendants Zoi Global, LLC and Denise Stephens to answer, move or otherwise respond is hereby extended to and including May 26, 2022, in accordance with Local Civil Rule 6.1.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
**Attorneys for Defendant Zoi Global, LLC**

By:     _/s/ April Campos_
        **April Campos**

DATED: May 12, 2022

ORDER

The above application is ORDERED GRANTED.

ORDER DATED _____.

By:_____

Deputy Clerk